AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alejandro Escudero-Acevedo | ) | Case No.   1:24-MJ-00091 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 5-21, 2022 _____ in the county of _____ Dauphin _____ in the

_____ Middle _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 932(b) | Conspiracy to Straw Purchase |
| 18 U.S.C. § 922(a)(6) | False Statements to FFL |
| 18 U.S.C. § 924(c) | Possession of a firearm during and in relation to a drug trafficking crime |

This criminal complaint is based on these facts:

See the attached affidavit of probable cause

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Latoya Stewart, Special Agent
*Printed name and title*

Sworn to telephonically and signed electronically by me.

Date:   10/25/2024

_____
*Judge's signature*

City and state:        Harrisburg, Pennsylvania

Susan E. Schwab, United States Magistrate Judge
*Printed name and title*